Jacek W. Lentz [CA State Bar No. 213198]
THE LENTZ LAW FIRM, P.C.
1200 Wilshire Blvd., Suite 406
Los Angeles, CA 90017
Telephone: (213) 250 - 9200
Facsimile: (213) 250 – 9161
Email: jwl@lentzlawfirm.com

Attorneys For Claimant
DONALD KELLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>$50,900 IN U.S. CURRENCY,<br><br>　　　　　　　Defendant. | Case No. CV 16-8277<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST FOR DONALD KELLY** |

I.

Claimant DONALD KELLY, through undersigned counsel, hereby makes claim to the Defendant property of $50,900

II.

Claimant has the right to make this claim by virtue of the fact that he is the owner of the Defendant property.

III.

All properties claimed by the Claimant shall be returned to Claimant for the reason that the said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d) or any other statute. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

## VERIFICATION

I, Donald Kelly, verify that I have read the foregoing Claim, and declare under the penalty of perjury that the allegations therein are true and correct.

Executed this 12TH day of January, 2017.

Respectfully submitted,

By: _____
Donald Kelly
Claimant