1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>                v.<br><br>$50,900.00 IN U.S. CURRENCY,<br><br>        Defendant. | No. SACV 16-02024-CJC (JCGx)<br><br>CONSENT JUDGMENT |
| DONALD KELLY,<br><br>        Claimant. | |

        This action was filed on November 7, 2016 against the defendant $50,900.00 in U.S. Currency ("defendant currency").  Claimant Donald Kelly ("Kelly") filed a claim on January 20, 2017.  No person other than Kelly is believed to have an interest therein.  Notice has been given and published in accordance with law.  No other claims or answers have been filed, and the time for filing claims and answers has expired.  Plaintiff

United States of America and Kelly have reached an agreement that is dispositive of the action and have requested that this consent judgment be entered.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Kelly.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.     The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C.     Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Kelly are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.     $10,000.00 of the defendant currency shall be returned to Kelly without interest, and shall be paid to Kelly no later than sixty days of the date this Judgment is entered or the date Kelly provides the information described below, whichever is later. If the United States elects to make the payment by check, the check shall be payable to "The Lentz Law Firm Client Trust Account."  If the United States elects to make the payment by wire transfer, the funds shall be wire transferred to The Lentz Law Firm Client Trust Account.  Jacek Lentz agrees to provide the necessary bank account information and personal identifiers for his trust account upon request from the United States.

E.     The United States of America shall have judgment as to the remaining $40,900.00 of the defendant currency, together with all interest earned by the government on the full amount of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.

F.     Kelly agrees to waive any and all attorney fees and costs.

2

G.      Kelly has released the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the United States Postal Inspection Service and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation, any petitions for remission, which Kelly hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Kelly, whether pursuant to 28 U.S.C. § 2465 or otherwise.

H.      The Court finds that there was reasonable cause for the institution of these proceedings.  This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: February 14, 2017          _____
                                  THE HONORABLE CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE

3